UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD A. LUTHMANN, JR.,

Plaintiff,

v. Case No: 2:26-cv-00666-SPC-NPM

UNITED STATES DEPARTMENT
OF JUSTICE,

Defendant.
_______________________________/

**UNOPPOSED MOTION TO EXTEND TIME TO PROVIDE DECLARATIONS, AFFIDAVITS, *VAUGHN* INDEX, OR OTHER SUMMARY JUDGMENT EXHIBITS TO PLAINTIFF**

Defendant U.S. Department of Justice (DOJ) moves the Court for a 14-day extension of time to provide Declarations, Affidavits, *Vaughn* Index, or Other Summary Judgment Exhibits to Plaintiff. In support of its motion, DOJ provides as follows:

1. This is a FOIA lawsuit in which the Plaintiff seeks to compel production of records from DOJ. On December 3, 2024, Luthmann submitted FOIA requests to DOJ's Office of Information Policy, and the Federal Bureau of Investigation (FBI). Luthmann's FOIA request to the FBI seeks information related to, among others, John Tortora, Jr.

2. On June 30, 2026, the Court entered a FOIA Case Management and Scheduling Order setting a deadline for declarations, affidavits, *Vaughn* index, or other summary judgment exhibits to be provided to Plaintiff on

October 30, 2026, and a deadline for dispositive motions on November 16, 2026. *See* Doc. 19.

3. After further review of the case and materials, the FBI is no longer asserting a *Glomar*[1] response regarding John Tortora, Jr.

4. The parties are in discussions regarding a joint motion to stay the briefing schedule pending a search by the FBI for records related to Tortora.

5. While the parties attempt to reach an agreement, DOJ requests a 14-day extension of the October 30, 2026, deadline to provide Declarations, Affidavits, *Vaughn* Index, or Other Summary Judgment Exhibits to Plaintiff.

6. Doing so will assist in narrowing as many issues as possible without involving the Court, and those efforts would be aided by the granting of this motion.

## CONCLUSION

DOJ respectfully requests a 14-day extension of the October 30, 2026, deadline to provide Declarations, Affidavits, *Vaughn* Index, or Other Summary Judgment Exhibits Provided to Plaintiff.

## Local Rule 3.01(g) Certification

Counsel for Defendant conferred with Plaintiff via telephone on October 30, 2026. Plaintiff is not opposed to the relief requested in the present motion.

---

[1] *See Phillippi v. CIA*, 546 F.2d 1009 (D.C. Cir. 1976) (describing the CIA's refusal to confirm or deny whether it had records about a ship called the Glomar Explorer).

DATED this 30th day of October, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Chad C. Spraker*

CHAD C. SPRAKER
Assistant United States Attorney
USA NO. 198
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Email: Chad.Spraker@usdoj.gov
Lead Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2026, the foregoing document will be sent via email to:

Richard A. Luthmann
Plaintiff Pro Se
richard.luthmann@protonmail.com

*/s/ Chad C. Spraker*
Assistant United States Attorney